JUNE 16, 1994

No. 93–1241. VIRTUAL MAINTENANCE, INC. *v.* COMPUTER-VISION CORP.; and

No. 93–1826. COMPUTERVISION CORP. *v.* VIRTUAL MAINTENANCE, INC. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

JUNE 17, 1994

No. 93–6025. GOSCH *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

JUNE 20, 1994

No. 93–81. HART *v.* STOCKMAR ENERGIE, INC., DBA L. F. C. POWER CORP. Ct. App. Cal., 3d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Livadas* v. *Bradshaw, ante,* p. 107.

No. 93–1068. ARMADORES DE CABOTAJE, S. A. *v.* YOUNG. Ct. App. La., 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Howlett* v. *Birkdale Shipping Co., ante,* p. 92.

No. 93–1293. SCINDIA STEAM NAVIGATION CO. ET AL. *v.* RIGGS. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Howlett* v. *Birkdale Shipping Co., ante,* p. 92.